

FILED
2011 Aug-02 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE THOMAS ROGERS,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>BLOUNT COUNTY, et al.,   )<br>)<br>Defendants.   ) | Case No.  2:11-cv-1446-IPJ |

## MEMORANDUM OF OPINION

The plaintiff filed a *pro se* complaint asserting numerous theories attacking a law suit and order filed against him in state court concerning the purchase and repossession of a portable building located on his property.  The plaintiff specifically asserts he is in possession of a Land Patent, and that in the repossession of the building, various defendants trespassed on his property.  The plaintiff therefore seeks seven million dollars, plus court costs and attorney fees.  The magistrate judge filed a report and recommendation on July 18, 2011, recommending that this action be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted.  No objections have been filed, but the plaintiff did submit an additional in forma pauperis affidavit, also on July 18, 2011.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report it due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted.

A Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 2nd day of August, 2011.

*[signature]*
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE